UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
CASE NO. 5:16-181-DCR
JUDGE DANNY C. REEVES

TIMOTHY E. CANTRELL, AS EXECUTOR OF THE
ESTATE OF TIMOTHY WAYNE CANTRELL;
TIMOTHY E. CANTRELL, AS EXECUTOR OF THE
ESTATE OF SUSAN MAE CANTRELL; LESTER
PLUMMER; and PAMELA PLUMMER                                                     PLAINTIFFS

VS.                           **RULE 7.1 DISCLOSURE**
                              *Electronically Filed*

SCHNEIDER NATIONAL CARRIERS, INC. and
JONATHAN FARR                                                                   DEFENDANTS

\* \* \* \* \*

Comes the Defendant, Schneider National Carriers, Inc., by counsel, in compliance with Fed. R. Civ. P. 7.1, and states that Schneider National Carriers, Inc. is a wholly owned subsidiary of Schneider National, Inc.  Neither Schneider National, Inc. nor Schneider National Carriers, Inc. are publicly traded companies.

                Respectfully Submitted:

                DANIEL E. MURNER
                dmurner@landrumshouse.com
                ELIZABETH WINCHELL
                ewinchell@landrumshouse.com
                LACEY FIORELLA
                lfiorella@landrumshouse.com
                LANDRUM & SHOUSE LLP
                P.O. Box 951
                Lexington, KY 40588-0951
                Telephone: (859) 255-2424

       BY:     s/Elizabeth Winchell
                COUNSEL FOR DEFENDANTS

974126.1

## CERTIFICATE

I hereby certify that on the 22nd day of August, 2016, the foregoing document was electronically filed with the Clerk of this Court, which will send notification of such filing to the following:

Michael T. Sutton
msutton@rbcdlaw.com
RAINES, BUECHEL, CONLEY, DUSING & SUTTON, PLLC
6900 Houston Road, Suite 43
Florence, KY 41042
*Counsel for Plaintiff, Timothy E. Cantrell,*
*Executor of the Estates of Timothy Wayne*
*Cantrell and Susan Mae Cantrell*

Harry P. Hellings, Jr.
hhellings@fuse.net
H.P. HELLINGS P.S.C.
214 East Fourth Street
Covington, KY 41012
*Co-Counsel for Plaintiffs, Lester & Pamela Plummer*

Thomas W. Gallagher
tgallagher@lgslaw.net
Joseph S., Hartle
jhartle@lgslaw.net
LAFFERTY, GALLAGHER & SCOTT, LLC
400 Toledo Legal Building
416 North Erie Street
Toledo, OH 43604
*Co-Counsel for Plaintiffs, Lester & Pamela Plummer*

        BY:    <u>s/Elizabeth Winchell</u>
                COUNSEL FOR DEFENDANTS